**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

DONALD G. WEST,

                Plaintiff,

v.                                      Case No.   2:07-cv-274-FtM-34SPC

CITY OF FORT MYERS, FORT MYERS
POLICE DEPARTMENT

                Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Dkt. No. 18; Report), entered on January 16, 2008, recommending that the instant case be dismissed without prejudice for Plaintiff's failure to prosecute, failure to respond to the Court's Orders to Show Cause (Dkt. Nos. 15, 16), and failure to provide the Court with his current address. See Report at 2.  Plaintiff did not file objections to the Report, and the time for doing so has now passed.[1]

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions

---

[1] The Clerk of the Court mailed the Report to Plaintiff at his last known address, but the Report was returned to the Clerk of the Court as "undeliverable". As noted in the Report, Plaintiff bears the obligation of keeping the Court advised of his current address.

de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Based upon an independent examination of the record and a de novo review of the legal conclusions, the Court will **adopt** the Report of the Magistrate Judge. Accordingly, it is **ORDERED**:

1. Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Dkt. No. 18) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of the Court is directed to enter judgment, terminate any pending motions or deadlines as moot, and close this file.

**DONE AND ORDERED** at Fort Myers, Florida, this 8th day of February, 2008.

**MARCIA MORALES HOWARD**
United States District Judge

Copies to:

Pro Se Parties